**FILED**

**APR 1 2 2002**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JACQUELINE S. VERHELST,<br>Plaintiff,<br><br>VS.<br><br>MICHAEL D'S RESTAURANT<br>SAN ANTONIO, INC. D/B/A<br>WILD ZEBRA GENTLEMEN'S CLUB<br>Defendant. | §<br>§<br>§<br>§  CIVIL ACTION NO. SA99CV1233WWJ<br>§<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this the __25th__ day of __February__, 2002 the Court called this case to trial. Plaintiff, Jacqueline Verhelst, appeared in person and through her attorneys of record and announced ready for trial. Defendant, Michael D's Restaurant San Antonio, Inc. d/b/a Wild Zebra Gentlemen's Club, appeared through their company representative and by their attorneys of record and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The Court submitted questions, definitions, and instructions to the jury. In response, the jury made findings that the Court received, filed, and entered of record on the 28th day of February, 2002. Defendant, Michael D's Restaurant San Antonio, Inc. d/b/a Wild Zebra Gentlemen's Club, moved for entry of judgment on the verdict. The Court considered the motion and renders judgment for Defendant, Michael D's Restaurant San Antonio, Inc.



d/b/a Wild Zebra Gentlemen's Club.

1. Therefore, the Court orders that Plaintiff, Jacqueline Verhelst, take nothing by her suit, and that Defendant, Michael D's Restaurant San Antonio, Inc. d/b/a Wild Zebra Gentlemen's Club, may petition the Court for the costs associated with this suit.

2. The Court orders execution to issue for this judgment.

3. The Court denies all relief not granted in this judgment.

4. This is a FINAL JUDGMENT.

Signed on this __11th__ day of __April__, 2002.

_____
Judge William Wayne Justice

APPROVED AS TO FORM AND SUBSTANCE:

THORNTON, SUMMERS, BIECHLIN,
    DUNHAM & BROWN, L.C.
Airport Center - Suite 300
10100 Reunion Place
San Antonio, Texas 78216-4186
Telephone: (210) 342-5555
Facsimile: (210) 525-0666

BY_____
Michael L. Holland
State Bar No. 09850750
Susan Stone
State Bar No. 19301900
Attorneys for Defendant

APPROVED AS TO FORM:

Mr. Chris Gale
Gale, Wilson & Sanchez
115 E. Travis, Suite 618
San Antonio, Texas 78205
Phone: (210) 222-8899
Fax: (210) 222-9526

BY _____
      Chris Gale
      State Bar No. 00793766
      Attorneys for Plaintiff

- 3 -